IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE STOKES,<br>    Petitioner<br> v.<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, et al.<br>    Respondents | :<br>:<br>:<br>:  CIVIL ACTION NO. 98-5182<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW,** this 29th day of January, 2013, upon consideration of Petitioner's Motion for Relief From Judgment Pursuant to Rule 60(b), Fed. R. Civ. P. (Document No. 27), it is **ORDERED** that:

 1. Petitioner's motion is **DENIED**;

 2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this procedural ruling.

            /s/Timothy J. Savage
            TIMOTHY J. SAVAGE, J.