IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE STOKES, :
    Petitioner :
:
v. : CIVIL ACTION NO. 98-5182
:
THE DISTRICT ATTORNEY OF THE :
COUNTY OF PHILADELPHIA, et al. :
    Respondents :

# ORDER

**AND NOW,** this 29th day of January, 2013, upon consideration of Petitioner's Motion for Relief From Judgment Pursuant to Rule 60(b), Fed. R. Civ. P. (Document No. 27), it is **ORDERED** that:

1. Petitioner's motion is **DENIED**;

2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this procedural ruling.

                                     /s/Timothy J. Savage
                                     TIMOTHY J. SAVAGE, J.