IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE STOKES** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **DA OF PHILADELPHIA, et al.,** | : | NO. 98-5182 |
| *Respondents.* | | |

NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the respondents in the above-captioned matter.

*/s/ Max C. Kaufman*

Max C. Kaufman
Supervisor, Federal Litigation Unit

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE STOKES** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **DA OF PHILADELPHIA, et al.,** | : | NO. 98-5182 |
| *Respondents.* | | |

## CERTIFICATE OF SERVICE

I, Max C. Kaufman, hereby certify that on April 24, 2020, a copy of the foregoing notice was served via ECF to counsel for Petitioner.

*/s/ Max C. Kaufman*

Max C. Kaufman
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107-3499
(215) 686-5747